1   JAMES McNAIR THOMPSON
    SBN 67807
2   LAW OFFICES OF JAMES McNAIR THOMPSON
    PO BOX 636
3   LOS GATOS CA 95031
    (408) 358-6047
4   Attorney for defendants

5

6                    UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8                    SAN FRANCISCO DIVISION

9

10                                        )   Case No.: CR – 11—00811 – EMC
     UNITED STATES OF CALIFORNIA,         )
11                                        )   STIPULATION AND [PROPOSED]
                    Plaintiff,            )   ORDER EXTENDING TIME TO FILE
12                                        )   SECURITY
            vs.                           )
13                                        )
     MEDCHEM CORPORATION, and             )
14   HASAN IBRAHIM,                       )
                                          )
15                  Defendants.           )
    _____

16      The above-captioned defendants and the United States of America, by and

17   through their counsel of record, hereby stipulate that the time for filing the security

18   for defendant Ibrahim's bond, presently set for 9:30 a.m., Monday, November 28,

19   2011, be extended to Wednesday, November 30, 2011 at 2:00 p.m., and that the

20   Monday, November 28, 2011 hearing set for 9:30 a.m. before Magistrate Judge

21   Spero be vacated, and the matter reset for Wednesday, November 30, 2011 at the

22   regularly scheduled Status Conference.
     DATED: November 22, 2011                    MELINDA HAAG
23                                               United States Attorney

24

25

Stipulation and [Proposed] Order                                       Page 1

1
2

_____/s/_____
PETER AXELROD
Assistant United States Attorney

3
4
5
6

_____/s/_____
JAMES McNAIR THOMPSON
Attorney for defendants

7

8

~~[PROPOSED]~~ ORDER

9

**GOOD CAUSE THEREFORE APPEARING,** the hearing set for November

10

28, 2011 at 9:30 a.m. is hereby vacated, the time for filing security for defendant

11

Ibrahim is extended to November 30, 2011 at 2:00 p.m., and defendant Ibrahim

12

shall appear on November 30, 2011 at 2:00 p.m. for the regularly scheduled Status

13

Conference.before Judge Chen.

14

Dated: _____11/23/11_____

15
16
17
18
19

_____
Hon. Jose
Magistrate Judge, United States District Court
Northern District of California

20
21
22
23
24
25