1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  PETER B. AXELROD (CABN 190843)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: peter.axelrod@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 11-0811 EMC
                                       )
15        Plaintiff,                   )
                                       )    [PROPOSED] ORDER EXCLUDING
16     v.                              )    TIME FROM MARCH 21, 2012 TO MAY
                                       )    16, 2012
17  MEDCHEM CORPORATION, and           )
    HASAN IBRAHIM                      )
18                                     )
          Defendants.                  )
19  _____)

20        On March 21, 2012, defendant Hasan Ibrahim appeared with counsel James McNair

21  Thompson before the Honorable Edward M. Chen, United States District Judge, for a status

22  hearing.  Defendant MedChem Corporation was also represented by Mr. Thompson at the

23  appearance.  Assistant United States Attorney Peter B. Axelrod appeared for the United States.

24  The matter was continued to May 16, 2012 at 2:30 p.m. before the Court for a hearing on

25  motions to be filed by the defense.

26        At the hearing, the parties agreed that time be excluded between March 21, 2012 and May

27  16, 2012  under the Speedy Trial Act (18 U.S.C. § 3161) for effective preparation of defense

28  counsel and due to the defense motions (to be filed on April 11, 2012).  Since November 30,

1   2011, the United States provided the defense with over 30,000 pages of discovery, and defense

2   counsel needs additional time to review the materials.

3        Based upon the parties' representations and for good cause shown, the Court finds that

4   failing to exclude the time between March 21, 2012 and May 16, 2012 would deny defense

5   counsel the reasonable time necessary for effective preparation, taking into account the exercise

6   of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Time is also excludable based on the defense

7   motions.  18 U.S.C. § 3161(h)(1)(D).  The Court further finds that the ends of justice served by

8   excluding the time between March 21, 2012 and May 16, 2012 from computation under the

9   Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

10       Therefore, IT IS HEREBY ORDERED that the time between March 21, 2012 and May

11  16, 2012 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161,

12  (h)(1)(D), (h)(7)(A) and (B)(iv).

13

14

15  DATED: _____3/28/12_____

16



17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXCLUDING TIME
CR 11-0811 EMC