1  MELINDA HAAG (CABN 132612)
United States Attorney

2

MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  PETER B. AXELROD (CABN 190843)
Assistant United States Attorney

5

450 Golden Gate Ave., Box 36055
6  San Francisco, California 94102
Telephone: (415) 436-7200
7  Fax: (415) 436-7234
E-Mail: peter.axelrod@usdoj.gov

8

Attorneys for Plaintiff

9

10                            UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )     No. CR 11-0811 EMC
                                       )
15        Plaintiff,                   )
                                       )     STIPULATION AND [PROPOSED]
16    v.                               )     ORDER CONTINUING MOTIONS
                                       )     HEARING TO MAY 23, 2012
17  MEDCHEM CORPORATION, and           )
    HASAN IBRAHIM                      )
18                                     )
          Defendants.                  )
19

20        Through counsel, the parties hereby stipulate and agree as follows:

21        1.       Defendants Hasan Ibrahim and MedChem Corporation have filed two motions,

22  which are currently set for hearing on May 16, 2012.  *See* Clerk's Record (CR) 30 (Motion to

23  Dismiss), 31 (Motion to Settle Jury Instructions).  Under the current briefing schedule, the

24  government's oppositions are due on April 25 and the defendants' replies are due on May 2.

25        2.       At the government's request, the parties have agreed to a one-week continuance of

26  the hearing date and briefing schedule.  Government counsel made this request because he was

27  occupied with an extensive filing in *United States v. Pangang Group Company*, Ltd., CR 11-

28  0573 JSW (*see* CR 121-136) through April 19, 2012.

ORDER EXCLUDING TIME
CR 11-0811 EMC                                                                          1

3.      Subject to the Court's approval, the parties agree to the following schedule: government's oppositions due on May 2, defendants' replies due on May 9, and motions' hearing on May 23, 2012 at 2:30 p.m.

SO STIPULATED:

| 4/23/12 | /s/ |
|---|---|
| DATE | PETER B. AXELROD<br>Assistant United States Attorney |

| 4/23/12 | /s/ |
|---|---|
| DATE | JAMES McNAIR THOMPSON<br>Attorney for Hasan Ibrahim and MedChem Corp. |

## ORDER

Based on the parties' stipulation, and for good cause appearing, the Court continues the hearing on the defendants' motions to dismiss and settle jury instructions (CR 30 and 31), currently set for May 16, 2012, to May 23, 2012, at 2:30pm.  The governments' oppositions to these motions are now due on May 2, 2012, and defendants' replies are due on May 9, 2012.

IT IS SO ORDERED.

DATED: _____      April 24, 2012

EDWARD M. CHEN

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER EXCLUDING TIME
CR 11-0811 EMC

2