MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0811 EMC |
|---|---|---|
|     Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER EXCLUDING |
|     v. | ) | TIME FROM MAY 23, 2012 TO JULY 18, 2012 |
| | ) | |
| MEDCHEM CORPORATION, and HASAN IBRAHIM | ) | |
| | ) | |
|     Defendants. | ) | |

    On May 23, 2012, defendants Hasan Ibrahim and MedChem Corporation appeared with counsel James McNair Thompson before the Honorable Edward M. Chen, United States District Judge, for a hearing on two motions filed by the defendants – a motion to dismiss counts and a motion to settle jury instructions.  Clerks Record (CR) 30, 31.  Assistant United States Attorney Peter B. Axelrod appeared for the United States.  After hearing argument on the motions, the Court took them under submission and set a further status/trial setting hearing for July 18, 2012 at 2:30 p.m.

    At the hearing, and with the consent of the parties, the Court excluded the time between May 23, 2012 and July 18, 2012  under the Speedy Trial Act (18 U.S.C. § 3161) due to the

ORDER EXCLUDING TIME
CR 11-0811 EMC     1

1  Court's consideration of the defense motions for effective preparation of defense counsel, who is
2  continuing to review over 30,000 pages of discovery previously provided by the United States.
3      Based upon the parties' representations and for good cause shown, the Court finds that
4  failing to exclude the time would deny defense counsel the reasonable time necessary for
5  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
6  3161(h)(7)(B)(iv).  Time is also excludable based on the Court's consideration of the pending
7  defense motions.  18 U.S.C. § 3161(h)(1)(D) and (H).  The Court further finds that the ends of
8  justice served by excluding the time from computation under the Speedy Trial Act outweigh the
9  best interests of the public and the defendants in a speedy trial.
10     Therefore, IT IS HEREBY ORDERED that the time between May 23, 2012 and July 18,
11  2012 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161
12  (h)(1)(D), (h)(1)(H), (h)(7)(A) and (B)(iv).

DATED: May 31, 2012                                   _____
                                                                          Judge



ORDER EXCLUDING TIME
CR 11-0811 EMC                                                                                          2