MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0811 EMC |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER EXCLUDING TIME FROM DECEMBER 19, 2012 TO MARCH 6, 2013 |
| MEDCHEM CORPORATION, and HASAN IBRAHIM | ) | |
| Defendants. | ) | |

On December 19, 2012, defendants Hasan Ibrahim and MedChem Corporation appeared with counsel James McNair Thompson before the Honorable Edward M. Chen, United States District Judge, for a status conference. Assistant United States Attorney Peter B. Axelrod appeared for the United States. At the hearing, the Court set the matter for further status on March 6, 2013.

At the hearing, and with the consent of the parties, the Court excluded the time between December 19, 2012 and March 6, 2013 under the Speedy Trial Act (18 U.S.C. § 3161) for effective preparation of defense counsel, who is reviewing discovery that includes expert disclosures and over 30,000 pages of materials provided by the United States. The defendants

ORDER EXCLUDING TIME
CR 11-0811 EMC                                  1

1    are also intending to file a discovery motion by January 16, 2013, which provides an additional

2    basis for the exclusion of time under 18 U.S.C. § 3161(h)(1)(D).

3          Based upon the parties' representations and for good cause shown, the Court finds that

4    failing to exclude the time would deny defense counsel the reasonable time necessary for

5    effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

6    3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

7    from computation under the Speedy Trial Act outweigh the best interests of the public and the

8    defendants in a speedy trial.

9          Therefore, IT IS HEREBY ORDERED that the time between December 19, 2012 and

10   March 6, 2013 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §

11   3161 (h)(1)(D) and (h)(7)(B)(iv).

12

13           1/4/13

14   DATED: _____



               EDWARD M. CHEN
               United States District Judge

ORDER EXCLUDING TIME
CR 11-0811 EMC                    2