MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0811 EMC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING TO MARCH 20, 2013; ORDER EXCLUDING TIME |
| MEDCHEM CORPORATION, and HASAN IBRAHIM | |
| Defendants. | |

    Through counsel, the parties hereby stipulate and agree as follows:

    1.    The case is currently set for a status conference on March 6, 2013.

    2.    At the request of government counsel, who will be out-of-district on March 6, 2013, the parties have agreed to seek a continuance of the status conference to March 20, 2013.

    3.    The parties also agree that time should be excluded from March 6, 2013 to March 20, 2013 under the Speedy Trial Act (18 U.S.C. § 3161) for effective preparation of defense counsel, who is reviewing discovery that includes expert disclosures and over 30,000 pages of materials provided by the United States.

    SO STIPULATED:

ORDER EXCLUDING TIME
CR 11-0811 EMC    1

2/27/13                                                    /s/
DATE                                                      PETER B. AXELROD
                                                          Assistant United States Attorney

2/27/13                                                    /s/
DATE                                                      JAMES McNAIR THOMPSON
                                                          Attorney for Hasan Ibrahim and MedChem Corp.

**ORDER**

Based on the parties' stipulation, and for good cause appearing, the Court continues the status hearing, previously set for March 6, 2013, to March 20, 2013 at 2:30 pm.

The Court ORDERS the time between March 6, 2013 and March 20, 2013 excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161 (h)(1)(D) and (h)(7)(B)(iv). The Court finds that failing to exclude the time would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

DATED: 3/4/13                                             _____
                                                          EDWARD M. CHEN
                                                          United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge Edward M. Chen]