MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
BRIAN STRETCH (CABN 163973)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-0811 EMC |
| Plaintiff, | |
| v. | STIPULATION AND [PR~~OPOS~~ED] ORDER RE: BRIEFING SCHEDULE ON RULE 29 MOTION |
| HASAN IBRAHIM, | |
| Defendant. | |

    The United States and defendant Hasan Ibrahim stipulate as follows:

    1.    On July 3, 2013, the Court set the following schedule for defendant's motion under Rule 29 of the Federal Rules of Criminal Procedure:  motion due July 12, 2013, opposition due July 26, 2013, reply due August 2, 2013, and hearing set for August 21, 2013 at 2:30 pm.

    2.    At the request of government counsel, who will be out-of-district from July 12 through July 23, the parties seek to continue the date for defendant to file his Rule 29 motion to July 17, 2013 pursuant to Rules 29 and 45(b).  The parties propose the following schedule for defendant's Rule 29

STIPULATION AND ORDER RE: RULE 29 BRIEFING SCHEDULE
CR 11-0811 EMC

motion: motion due July 17, 2013, opposition due August 7, 2013, reply due August 14, 2013, and hearing set for August 21, 2013 at 2:30 pm.

  SO STIPULATED.

DATED: July 11, 2013    MELINDA HAAG
United States Attorney

             /S/
             _____
             PETER B. AXELROD
BRIAN STRETCH
Assistant United States Attorneys

DATED: July 11, 2013    /S/
             _____
             JAMES McNAIR THOMPSON
Attorney for Defendant Hasan Ibrahim

### **ORDER**

  Based on the foregoing, and good cause appearing, the Court sets the following schedule on defendant's Rule 29 motion: motion due July 17, 2013, opposition due August 7, 2013, reply due August 14, 2013, and hearing set for August 21, 2013 at 2:30 pm.

  IT IS SO ORDERED.

DATED: 7/12/13

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Edward M. Chen]*