MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
BRIAN STRETCH (CABN 163973)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 11-0811 EMC |
|     Plaintiff, ) | |
|  v. ) | SECOND REQUEST TO MODIFY POST-TRIAL BRIEFING SCHEDULE AND [P~~ROPO~~SED] ORDER |
| HASAN IBRAHIM, ) | |
|     Defendant. ) | |

       The government respectfully requests the Court to modify its August 7, 2013 Order setting the briefing schedule for post-trial motions. In its Order, the Court accommodated the government's request to continue the hearing on post-trial motions from August 21, 2013 to September 18, 2013. In the supporting stipulation, the government set forth the bases for its requested continuance, but failed to adequately tether counsel's prospective availability to prepare the government's responses to its requested briefing schedule. Lead counsel for the government, and the attorney responsible for preparing the post-trial briefing, has a pre-planned vacation and is scheduled to be out of the state from

SECOND REQUEST TO MODIFY BRIEFING SCHEDULE
CR 11-0811 EMC

August 9, 2013 to August 17, 2013. The proposed briefing schedule was formulated in an effort to accommodate the pre-planned travel and allow for sufficient time to respond to the post-trial motions filed by the defendant.

Should the Court benefit from additional time to review the completed set of briefing materials, both parties agree and stipulate to continuing the hearing date from September 18, 2013 to September 25, 2013. The sentencing hearing is currently scheduled for October 9, 2013.

Accordingly, the government respectfully requests that the Court set the following briefing schedule: the government's oppositions to the Rule 29 motion, the Rule 33 motion, and the motion to dismiss (Docket Nos. 158, 160, 161) are due August 26, 2013, any replies by the defendant are due on September 4, 2013.

DATED:   August 9, 2013         MELINDA HAAG
                                United States Attorney

                                        /S/
                                _____
                                PETER B. AXELROD
                                BRIAN STRETCH
                                Assistant United States Attorneys

DATED:   August 9, 2013                 /S/
                                _____
                                JAMES McNAIR THOMPSON
                                Attorney for Defendant Hasan Ibrahim

SECOND REQUEST TO MODIFY BRIEFING SCHEDULE
CR 11-0811 EMC

## [PROP~~O~~SED] ORDER

Based on the motion of the government, and for good cause shown, the Court sets the following briefing schedule: the government's oppositions to the Rule 29 motion, the Rule 33 motion, and the motion to dismiss (Docket Nos. 158, 160, 161) are due August 26, 2013, any replies by the defendant are due on September 4, 2013. The hearing on the post-trial motions will be conducted on [September 18, 2013 or September 25, 2013] at 2:30 p.m.

DATED:     August 13, 2013

_____
EDW
United



DENIED

SECOND REQUEST TO MODIFY BRIEFING SCHEDULE
CR 11-0811 EMC