1  DENNIS P. RIORDAN, Esq., SBN 69320
   dennis@riordan-horgan.com
2  DONALD M. HORGAN, Esq., SBN 121547
   don@riordan-horgan.com
3  RIORDAN & HORGAN
   523 Octavia Street
4  San Francisco, CA 94102
   Telephone: (415) 431-3472
5  Facsimile: (415) 552-2703

6  Attorneys for Defendant
   HASAN IBRAHIM
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,           )   No. CR-11-0811 EMC
                                        )
13           Plaintiff,                 )   **STIPULATION AND**
                                        )   **[PROPOSED] ORDER**
14       vs.                            )   **AMENDING BRIEFING**
                                        )   **SCHEDULE AND CONTINUING**
15  HASAN IBRAHIM,                      )   **SENTENCING HEARING DATE**
                                        )
16           Defendant.                 )
                                        )
17                                      )

18

19
        The defendant Hasan Ibrahim, by and through his counsel Dennis P. Riordan, and the
20
   United States of America, by and through its counsel Assistant United States Attorney Peter
21
   Axelrod, stipulate and agree as follows:
22
        1. Defendant's memorandum re: juror's statements is due November 20, 2013;
23
        2. The government's response to defendant's memorandum re: juror's statements is due
24
   November 27, 2013;
25
        3. The defendant's and the government's sentencing memorandum are due November
26
   27, 2013 and;
27

28 **Stipulation and [Proposed] Order**
   **Amending Briefing Schedule and**
   **Sentencing Hearing**                      1

4. The sentencing hearing date will be continued to December 4, 2013.

Dated: October 2, 2013

/s/   Dennis P. Riordan
DENNIS P. RIORDAN
Attorney for Defendant
HASAN IBRAHIM

Dated: October 2, 2013

/s/   Peter Axelrod
PETER AXELROD
Assistant United States Attorney

IT IS SO ORDERED.

Dated: October 7, 2013

GRANTED
Judge Edward M. Chen

**Stipulation and [Proposed] Order Amending Briefing Schedule and Sentencing Hearing**               2