MELINDA HAAG (CABN 132612)
United States Attorney

J.DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
BRIAN J. STRETCH (CABN 163973)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6774
    FAX: (415) 436-7234
    Peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-0811 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SCHEDULING A HEARING DATE ON JUROR'S CONDUCT AND CONTINUING SENTENCING HEARING DATE |
| v. | |
| HASAN IBRAHIM, | |
| Defendant. | |

After consulting with the Court's Courtroom Deputy, the United States of America, by and through its counsel Assistant United States Attorney Peter Axelrod, and the defendant, by and through his counsel Dennis P. Riordan, stipulate and agree as follows:

    1) The evidentiary hearing to inquire into a juror's conduct will be scheduled for December 9, 2013, at 10:00 a.m.; and

    2) The sentencing hearing date will be continued to January 24, 2014, at 3:00 p.m.

STIPULATION AND [PROPOSED] ORDER
CR11-0811 EMC

1

```
                                    Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney


                                           /S/
                                    _____
DATED:   November 25, 2013          PETER B. AXELROD
                                    BRIAN J. STRETCH
                                    Assistant United States Attorneys



                                           /S/
                                    _____
DATED:   November 25, 2013          DENNIS P. RIORDAN
                                    Attorney for Defendant
                                    HASAN IBRAHIM




        IT IS SO ORDERED.  *(See modification below)


                 11/26/13
        DATED: _____    _____
                                    EDWARD M. CHEN
                                    United States District Court Judge
```

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

*A hearing on the propriety and utility of an evidentiary hearing to inquire into a juror's conduct will be scheduled for December 9, 2013, at 10:00 a.m. The parties shall be prepared to discuss the potential applicability of Fed. R. Evid. 606(b) ("During an inquiry into the validity of a verdict or indictment, a juror may not testify about . . . the effect of anything on that juror's or another juror's vote; or any juror's mental processes concerning the verdict or indictment."). See also United States v. Farmer, 717 F.3d 559 (7th Cir. 2013) ("[W]hen a district court receives information after a verdict is returned that jurors engaged in premature deliberation or made pre-deliberation statements indicating they had already made up their minds, Rule 606(b) . . . prevent[s] consideration of evidence about whether and how such statements or conduct may have affected actual deliberations and verdicts. ");United States v. Kimberlin, 805 F.2d 210, 243-44 (7th Cir. 1986) (holding Rule 606(b) barred consideration of the effect on jurors of one juror's pre-deliberation inappropriate comments.)

STIPULATION AND [PROPOSED] ORDER
CR11-0811 EMC